UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
SOUTHERN DIVISION

MARTIN FAMATIGAN and,  Case No. 10-cv-10937
HEATHER KERCHEN-FAMATIGA,  Hon. Sean F. Cox

      Plaintiffs,

vs.

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC. (MERS),
U.S. BANK NATIONAL ASSOCIATION,
AMERICA'S SERVICING COMPANY,
BNC MORTGAGE, a California Corporation
authorized to do business in Michigan, and
IT MORTGAGE, a Michigan Corporation
doing business in Michigan,

      Defendants.
_____/

| DAILY LAW FIRM, P.C. | PLUNKETT COONEY |
|---|---|
| Brian Dailey (P39945) | Matthew J. Boettcher (P40929) |
| Justin G. Grove (P71253) | Megan P. McKnight (P70428) |
| JUSTIN G. GROVE (P71253) | Attorneys for Defendants Mortgage Electronic |
| Attorneys for Plaintiffs | Registration Systems, U.S. Bank National |
| 28000 Woodward Ave., Suite 201 | Assoc. and America's Servicing Co., only |
| Royal Oak, MI 48067 | 38505 Woodward Ave., Suite 2000 |
| (248) 744-5005 | Bloomfield Hills, MI 48304 |
| brian@thelawshow.com | (248) 901-4035  fax: (248) 901-4040 |
| | mboettcher@plunkettcooney.com |
| | mmcknight@plunkettcooney.com |

_____/

**DEFENDANT U.S. BANK NATIONAL ASSOCIATION'S STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to E.D. Mich. LR 83.4, U.S. BANK NATIONAL ASSOCIATION, makes the following disclosure: (Note: A negative report, if appropriate, is required.)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?
   ☒ Yes    ☐ No
   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.
   Parent Corporation/Affiliate Name:  U.S. Bancorp
   Relationship With Named Party:  U.S. Bank, N.A. is a wholly owned subsidiary of U.S. Bancorp

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?
☐ Yes     ☒ No
If the answer is yes, list below the corporation or affiliate and the nature of the financial interest.
Parent Corporation/Affiliate Name
Relationship With Named Party:

                        PLUNKETT COONEY

By:  /s/ Megan P. McKnight (P70428)
_____
Matthew J. Boettcher (P40929)
Megan P. McKnight (P70428)
Attorneys for Defendants Mortgage Electronic Registration Systems, U.S. Bank National Assoc. and America's Servicing Co., only
38505 Woodward Ave., Suite 2000
Bloomfield Hills, MI  48304
(248) 901-4000  fax: 901-4040
mboettcher@plunkettcooney.com
mmcknight@plunkettcooney.com

DATED:  March 22, 2010
Blmfield.17807.00450.1277023-1

2

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
SOUTHERN DIVISION

| | |
|---|---|
| MARTIN FAMATIGAN and,<br>HEATHER KERCHEN-FAMATIGA, | Case No. 10-cv-10937<br>Hon. Sean F. Cox |
| Plaintiffs, | |
| vs. | |
| MORTGAGE ELECTRONIC REGISTRATION<br>SYSTEMS, INC. (MERS),<br>U.S. BANK NATIONAL ASSOCIATION,<br>AMERICA'S SERVICING COMPANY,<br>BNC MORTGAGE, a California Corporation<br>authorized to do business in Michigan, and<br>IT MORTGAGE, a Michigan Corporation<br>doing business in Michigan, | |
| Defendants. | |

_____/

| | |
|---|---|
| DAILY LAW FIRM, P.C. | PLUNKETT COONEY |
| Brian Dailey (P39945) | Matthew J. Boettcher (P40929) |
| Justin G. Grove (P71253) | Megan P. McKnight (P70428) |
| JUSTIN G. GROVE (P71253) | Attorneys for Defendants Mortgage Electronic |
| Attorneys for Plaintiffs | Registration Systems, U.S. Bank National |
| 28000 Woodward Ave., Suite 201 | Assoc. and America's Servicing Co., only |
| Royal Oak, MI 48067 | 38505 Woodward Ave., Suite 2000 |
| (248) 744-5005 | Bloomfield Hills, MI 48304 |
| brian@thelawshow.com | (248) 901-4035  fax: (248) 901-4040 |
| | mboettcher@plunkettcooney.com |
| | mmcknight@plunkettcooney.com |

_____/

## PROOF OF SERVICE

STATE OF MICHIGAN    )
COUNTY  OF  OAKLAND)

Megan P. McKnight, being first duly sworn, deposes and says that she is employed by PLUNKETT COONEY, and that on the 22nd day of March, 2010, she served a copy of **Defendant U.S. Bank National Association's Statement of Disclosure, and Proof of Service**, with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Brian Dailey (P39945)
brian@thelawshow.com

                              PLUNKETT COONEY

By: /s/ Megan P. McKnight (P70428)
      _____
      Matthew J. Boettcher (P40929)
      Megan P. McKnight (P70428)
      Attorneys for Defendants Mortgage
      Electronic Registration Systems, U.S. Bank
      National Assoc. and America's Servicing Co.,
      only
      38505 Woodward Ave., Suite 2000
      Bloomfield Hills, MI  48304
      (248) 901-4000  fax: 901-4040
      mboettcher@plunkettcooney.com
      mmcknight@plunkettcooney.com