IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Martin Famatiga and Heather
Kerchen-Famatiga,

       Plaintiffs,        Case No: 10-10937
       Hon. Sean F. Cox
v.        Magistrate Judge Michael Hluchaniuk

Mortgage Electronic Registration     Transferred From:
Systems, Inc. (MERS), *et al.*     Livingston County Circuit Court
    Case No: 09-24909-CK
       Defendants.     Hon. Michael P. Hatty
_____/

## ORDER OF STAY

Upon reading the Notice of Bankruptcy (D/E 11), it is **ORDERED** that the above-captioned action is hereby stayed as against BNC Mortgage LLC and the proceedings shall be deferred to the Bankruptcy Court as stated in the Notice of Bankruptcy as to the following Defendant:

**BNC Mortgage LLC**
**1901 Main Street**
**Irvine, CA 92624**

Dated: May 3, 2010        s/ Sean F. Cox
       Sean F. Cox
       U. S. District Judge

I hereby certify that a copy of the foregoing document was served upon counsel and/or the parties of record by electronic and/or First Class Mail on May 3, 2010.

Dated: May 3, 2010        s/ Jennifer Hernandez
       Case Manager

932648 (12647-0036)